[Nos. 13740–9–I; 13804–9–I;  Division One.  October 29, 1984.]
13805–7–I.

THE STATE OF WASHINGTON, *Respondent*, v. TODD
SCOTT, JR., *Appellant*.

Appeals from judgments of the Superior Court for King
County, Nos. 82–8–04101–9, 83–8–02241–1, 83–8–02239–0,
Peter K. Steere, J., entered September 8, 1983. *Affirmed* by
unpublished per curiam opinion.

[No. 5920–1–III.  Division Three.  October 30, 1984.]

EDNA M. PAYNE, *Appellant*, v. PATRICK S. LYNCH,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 82–2–01751–0, George T. Shields, J.,
entered July 5, 1983. *Affirmed* by unpublished opinion per
Mitchell, J. Pro Tem., concurred in by McInturff and
Thompson, JJ.

[No. 6647–5–II.  Division Two.  November 5, 1984.]

THE CITY OF DUPONT, *Appellant*, v. THE DEPARTMENT
OF EMPLOYMENT SECURITY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 82–2–01538–1, Floyd V. Hicks, J., entered
October 8, 1982. *Affirmed* by unpublished opinion per
Reed, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 11218–0–I.  Division One.  November 5, 1984.]

ARNOLD G. JONES, *Appellant*, v. ROBERT E. BAYLEY
CONSTRUCTION COMPANY, INC., ET AL,
*Respondents*.

Appeal from judgments of the Superior Court for King
County, No. 79–2–01912–7, Oluf Johnsen, J. Pro Tem., and
Frank J. Eberharter, J., entered December 15, 1981, and